IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In Re:                                          *

Railworks Corporation et al.,                   *   Case No.    01-64463-JFS
                                                *   Chapter     11
                                                *
                                                *
Debtor(s)                                       *
*******************************                 *   2:07-mc-3381-WKW
Legal Enforcement Service Assignee of Zvi       *
Guttman, Litigation Trustee                     *
                                                *
           Plaintiff(s)                         *
vs.                                             *   Adversary   No. 03-5588-JFS
H.E. Browder Veneer Co., Inc.                   *
                                                *
                                                *
           Defendant(s)                         *

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

   I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on 8/23/2006 as it appears in the records of this court, and that:

_X_  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

_X_  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on .

___  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the issued on .

___  An appeal was taken from this judgment, and the appeal was dismissed by order entered on .

                                        _____Mark D. Sammons_____
                                        Clerk of the Bankruptcy Court

___12/10/07_____         By: _/s/ Michelle Maloney-Raymond_
   Date                                 Deputy Clerk

Clerk - 41 - 4/3/02



Entered: August 23, 2006

**SO ORDERED**

**Date signed August 22, 2006**



**REGISTRY OF JUDGMENTS**

/s/ James F. Schneider
JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| | | Case Nos. 01-64463 through 01-64485-SD |
| **RAILWORKS CORPORATION,** *et al.*, | * | (Chapter 11) |
| | | (Jointly Administered |
| Debtors. | * | under 01-64463-SD) |
| * * * * * * | * | * * * * * * |
| **ZVI GUTTMAN,** Litigation Trustee, | * | |
| Plaintiff | * | Adversary No. 03-5588-JS |
| v. | * | |
| **H. E. BROWDER VENEER CO., INC.,** | * | |
| Defendant. | * | |
| * * * * * * | * * * * * * * | |

### ORDER ENTERING FINAL MONEY JUDGMENT

PURSUANT to Federal Bankruptcy Rule 7054 and Federal Rule of Civil Procedure 54, and the Court finding that there is no just reason for delaying entry of final judgment, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Judgment is granted in favor of Plaintiff, Zvi Guttman, Litigation Trustee, and against H. E. BROWDER VENEER CO., INC.:

    (i)    in an amount of $18,635.97; plus

          (ii)    pre-judgment interest on said amount (at 3.02%) from September 16, 2003, through the date of judgment; plus

          (iii)    costs of $150.00; plus

          (iv)    post-judgment interest at the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of entry of this Order; and it is

FURTHER ORDERED, that the Defendant's claim(s) (if any) shall be and it/they are hereby disallowed unless and until such time as the judgment entered herein is fully satisfied.

cc:    Richard M. Goldberg, Esquire
       Paul V. Danielson, Esquire
       Shapiro Sher Guinot & Sandler
       36 South Charles Street, 20th Floor
       Baltimore, MD 21201

       H. E. BROWDER VENEER CO., INC.
       P.O Box 1088
       Troy, AL 36081

       Virginia B. Browder, Registered Agent
       H.E. Browder Veneer Co., Inc.
       Rt. 1
       P.O. Box 23
       Grady, AL 36036

       Zvi Guttman, Litigation Trustee
       The Law Offices of Zvi Guttman, P.A.
       P.O. Box 32308
       Baltimore, MD 21282

       Office of the U.S. Trustee
       Garmatz Federal Courthouse
       101 West Lombard Street, Ste. 2625
       Baltimore, Maryland 21201

**- END OF ORDER -**

I hereby certify that the foregoing is a true copy of the original thereof now on file in this office.

Dated this 10th day of December, 2007
M. Maloney Raymond
Clerk, U.S. District Court
for the District of Maryland

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (BALTIMORE DIVISION)



| | |
|---|---|
| In re: | Case Nos. 01-64463 through 01-64485-SD |
| RAILWORKS CORPORATION, *et al.*, | (Chapter 11) |
| Debtors | (Jointly Administered under 01-64463-SD) |

* * * * * *   * * * * *

| | |
|---|---|
| ZVI GUTTMAN, Litigation Trustee | |
| The Law Offices of Zvi Guttman, P.A. | |
| PO Box 32308 | |
| Baltimore, Md. 21282 | Adversary No: 03-5588 |
| Plaintiff | |
| vs. | |
| H. E. BROWDER VENEER CO., INC. | |
| Defendant | |

* * * * * *   * * * * *

## ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW, Zvi Guttman, Plaintiff in the within matter and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered by this court on or about 8/22/2006.

2) THAT Plaintiff, Zvi Guttman, Trustee was awarded against Defendant, H. E. BROWDER VENEER CO., INC. the sum of $18,635.97, plus interest from the date of the filing of the complaint.

3) THAT Plaintiff, Zvi Guttman, Trustee, has received $0.00 of judgment from Defendant, H. E. BROWDER VENEER CO., INC..

4) THAT Zvi Guttman, Trustee of Post Office Box 32308, Baltimore, Md. 21282 is the Judgment Creditor of record.

5) THAT H. E. BROWDER VENEER CO., INC. is the Judgment Debtor of record.

6) THAT I, Zvi Guttman, Trustee, Plaintiff herein, transfer and assign all title, rights and interest in the within judgment to the following entity:

Legal Enforcement Service
Post Office Box 32093
Baltimore, Md. 21282-2093
410-585-0091

7) That I hereby authorize Assignee, Legal Enforcement Service, to recover, compromise, settle and enforce said judgment and I withdraw all right and claim to same.

Signed this __24__ day of __September__ 2007.

_____
Zvi Guttman, Esq., Litigation Trustee
Judgment Creditor

10th
December  2007
M. Maloney-Raymond

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001676
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: LEGAL ENFORCEMENT SERVICE

---

REGISTRATION OF FOREIGN JUDGMT
 For: LEGAL ENFORCEMENT SERVICE
 Case/Party: D-ALM-2-07-MC-003381-001
 Amount:          $39.00

---

CHECK
 Check/Money Order Num: 3845
 Amt Tendered: $39.00

---

Total Due:         $39.00
Total Tendered:    $39.00
Change Amt:        $0.00

LEGAL ENFORCEMENT V. BROWDER VENEER
CO INC