UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LEGAL ENFORCEMENT SERVICE
ASSIGNEE OF ZVI GUTTMAN
LITIGATION TRUSTEE

CASE NO: 2:07 - MC - 03381-WKW

v.

H.E. BROWDER VENEER CO., Inc.
Defendant
and
WACHOVIA BANK
Garnishee

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Legal Enforcement Service Assignee of Zvi Guttman Litigation Trustee, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered on 8/23/2006 against the Defendant H.E. Browder Veneer Co. Inc., whose last known address is PO Box 1088 Troy, Al 36081 in the above-cited action in the amount of $18,635.97 plus pre-judgment interest at the rate of 3.02% from 9/16/2003 to 8/23/2006 equaling $1,652.95 and totaling $20,288.92 plus post-judgment interest at the rate of 5.10%, compounded annually until February 15, 2008, totaling **$21,845.14** plus costs of **$207.00** plus the Marshal's **fee.**

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from January 2, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

Wachovia Bank
855 Highway 231 S.
Troy, Al 36081

1/2/2008
Date

Elya Caplan d/b/a/ Legal Enforcement Service
PO Box 32093
Baltimore, Md. 21282
410-585-0091