UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LEGAL ENFORCEMENT SERVICE
ASSIGNEE OF ZVI GUTTMAN
LITIGATION TRUSTEE

CASE NO: 2:07 - MC - 03381-WKW

v.

H.E. BROWDER VENEER CO., Inc.
Defendant
and
WACHOVIA BANK .
Garnishee

## WRIT OF CONTINUING GARNISHMENT

**GREETINGS TO**: Wachovia Bank 855 Highway 231 S. Troy, Al 36081.

An application for a Writ of Garnishment against the property of H.E. Browder Veneer Co., Inc. defendant, has been filed with this court. A judgment has been entered on 8/23/2006 against the above-named defendant in the amount of $18,635.97 plus pre-judgment interest at the rate of 3.02% from 9/16/2003 to 8/23/2006 equaling $1,652.95 and totaling $20,288.92 plus post-judgment interest at the rate of 5.10%, compounded annually until February 15, 2008, totaling $21,845.14 plus costs of $207.00 plus the Marshal's fee.

You are required by law to answer in writing, under oath, within (10) days, whether or not you have in your custody, control, or possession any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly, or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt of this writ with the United States District Clerk at: **UNITED STATES DISTRICT COURT ONE CHURCH STREET MONTGOMERY, ALABAMA 36104.** Additionally, you are required by law to serve a copy of this writ upon the debtor at: PO Box 1088 Troy, Al 36081, and upon the Plaintiff Legal Enforcement Service Assignee PO Box 32093 Baltimore, Md. 21282.

Under the law, there is property that is exempt from this writ of Garnishment. Property that is exempt and that is not subject to this order is listed on the attached Claim for Exemption Form.

Pursuant to 15 U.S.C. § 1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the Plaintiff may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

*Debra P. Hackett*
UNITED STATES DISTRICT CLERK

By: _____ Deputy Clerk 1/8/08