## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

LEGAL ENFORCEMENT SERVICE
ASSIGNEE OF ZVI GUTTMAN
LITIGATION TRUSTEE

CASE NO: 2:07 - MC - 03381-WKW

v.

H.E. BROWDER VENEER CO., Inc.
Defendant
and
WACHOVIA BANK
Garnishee

## CLERK'S NOTICE OF POST JUDGMENT GARNISHMENT

You are hereby notified that your property is being garnished by the Plaintiff, Legal Enforcement Service Assignee of Zvi Guttman Litigation Trustee which has a court judgment in the U.S. District Court for the Middle District of Alabama Case No. **2:07 MC – 03381- WKW** in the sum of $21,845.14 as of February 15, 2008 plus costs of $207.00 plus the Marshal's fee, for the avoidance of a preferential transfer in Re: Railworks Corporation case No. 01-64463 and adversary case No. 03-5588 in the U.S. Bankruptcy Court for the District of Maryland Baltimore Division. The entire balance remains outstanding.

In addition, you are hereby notified that there are exemptions under the law that may protect some of the property from being taken by the Plaintiff if H.E. Browder Veneer Co. Inc. can show that the exemptions apply. Attached is a summary of the major exemptions that apply in most situations in the State of Alabama.

If you are H.E. Browder Veneer Co. Inc, you have a right to ask the court to return your property to you if you think the property the Plaintiff is taking qualifies under one of the attached exemptions or if you think you do not owe the money to the Plaintiff that it claims you do.

If you want a hearing, you must notify the court within 20 days after receipt of this notice. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at **UNITED STATES DISTRICT COURT ONE CHURCH STREET MONTGOMERY, AL 36104.** You must also send a copy of your request to the Plaintiff at PO Box 32093 Baltimore, Md. 21282, fax (425)-790-0669 so the Plaintiff will know you want a hearing.

The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that is possible.

At the hearing you may explain to the judge why you believe the property the Plaintiff has taken is exempt or why you think you do not owe the money to the Plaintiff.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver

it in person to the clerk of the court at **UNITED STATES DISTRICT COURT ONE CHURCH STREET MONTGOMERY, AL 36104.** You must also send a copy of your request to the Plaintiff at PO Box 32093 Baltimore, Md. 21282, fax (425)-790-0669 so the Plaintiff will know you want the proceeding to be transferred.

---

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information."

*Debra P. Hackett*
CLERK, UNITED STATES DISTRICT COURT

By: *[signature]* Deputy Clerk 1/8/08