134293

# GARNISHEE'S ANSWER

**RECEIVED** 2008 JAN 30 A 8:43

U.S. DISTRICT COURT

Plaintiff: Legal Enforcement Service, Assignee of Zvi Guttman Litigation Trustee
(Person Asserting Claim)

Number: 2:07-MC-03381-WKW

Defendant: H.E. Browder Veneer Co. Inc.
(Person W—)

Garnishee: WACHOVIA BANK
LEGAL ORDER PROCESSING
P.O. BOX 8867  PA4418
PHILA. PA. 19101-8667

**NOTICE TO GARNISHEE:**
After reading the Process of Garnishment and Instructions on the reverse side of the process of garnishment, check the appropriate answer(s) below, sign and have notarized. Keep a copy of this answer for your records and return the original and other copies to this court at the address below.

___ Defendant is employed and Garnishee will withhold from the salary, wages, or other compensation, as required and pay into court.

___ Defendant is employed, but defendant's disposable earnings are not sufficient to be subject to garnishment.

___ Garnishee has in Garnishee's possession or control property or money belonging to Defendant, which is not wages, salary or other compensation, namely: _____
and is holding the property or money subject to orders of the court.

___ Defendant not employed/ Garnishee not indebted to Defendant when process was received, or when making this Answer, or during intervening time, and Garnishee does not have possession or control of any belongings of the Defendant.

___ If Garnishee is a corporation, the person signing below is the duly authorized agent of Garnishee to make this Answer and has knowledge of the facts stated herein.

✓ Other (Explain)  NO ACCOUNTS

_Mark Tonelli_ Garnishee or Authorized Agent (Signature)

Sworn To and Subscribed before me this
Date: January 16, 2008

_Diane McDonigal_
Notary Public (Signature)

COMMONWEALTH OF PENNSYLVANIA

ADDRESS OF COURT
U.S. DISTRICT COURT ONE
CHurch ST
MONTgomery AL 36104



**WACHOVIA**

PA4418
Legal Order Processing
Post Office Box 8667
Philadelphia, PA 19101-8667



$00.41⁰
0004244157  JAN 22 2008
MAILED FROM ZIP CODE 19106



RECEIVED
JAN 29 2008
U.S. PROBATION OFFICE
ALABAMA

U.S. District Court
One Church Street
Montgomery, AL 36104

36104+4018 C006