UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LEGAL ENFORCEMENT SERVICE
ASSIGNEE OF ZVI GUTTMAN
LITIGATION TRUSTEE

CASE NO: 2:07 - MC - 03381-WKW

v.

H.E. BROWDER VENEER CO., Inc.
Defendant

and

WACHOVIA BANK
Garnishee

### DISSMISSAL OF CONTINUING GARNISHMENT WITH PREJUDICE

COMES NOW *Legal Enforcement Service* plaintiff herein and requests this court dismiss with prejudice the Writ of Continuing Garnishment issued on January 8, 2008 against the Garnishee.

Respectfully submitted this __28__ day of January 2008.

__1/28/2008__
Date

__Elya Caplan__
Elya Caplan d/b/a/ Legal Enforcement Service
PO Box 32093
Baltimore, Md. 21282
410-585-0091