IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| LEGAL ENFORCEMENT SERVICE ASSIGNEE OF ZVI GUTTMAN, LITIGATION TRUSTEE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-MC-3381-WKW |
| H.E. BROWDER VENEER CO., INC. | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| WACHOVIA BANK, | ) ) | |
| Garnishee | ) | |

## **ORDER**

The plaintiff filed a Dismissal of Continuing Garnishment with Prejudice (Doc. # 8), which the court construes as a motion for dismissal of the Writ of Continuing Garnishment. It is ORDERED that the motion is GRANTED. The court dismisses with prejudice the Writ of Continuing Garnishment (Doc. # 3) that was issued on January 8, 2008.

DONE this 11th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE