## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

LEGAL ENFORCEMENT SERVICE
ASSIGNEE OF ZVI GUTTMAN
LITIGATION TRUSTEE

2008 FEB 25  A 10: 18

JEBRA P. HACKETT, C....
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CASE NO: 2:07 - MC - 03381-WKW**

v.

H.E. BROWDER VENEER CO., Inc.
Defendant

### SATISFACTION OF JUDGMENT

Whereas, I, assignee of record for the within matter, have received Satisfaction of the same, and therefore direct and authorize you to enter an Acknowledgment of Satisfaction upon the record of such judgment.

Signed on _____2/20/08_____

_____Elya Caplan_____

Elya Caplan
Legal Enforcement Service
PO Box 32093
Baltimore, MD. 21282
1-866-716-6800